IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| ANDERSON DONALD AGUILAR TANCHEZ,<br><br>Petitioner,<br><br>v.<br><br>KRISTI NOEM, in her official capacity as Secretary of the Department of Homeland Security; TODD LYONS, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement; MICHAEL BERNACKE, in his official capacity as Field Office Director of U.S. Immigration and Customs Enforcement; PAMELA BONDI, in her official capacity as the United States Attorney General; EXECUTIVE OFFICE FOR IMMIGRATION REVIEW; and UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT,<br><br>Respondents. | **ORDER SETTING BRIEFING SCHEDULE**<br><br>Case No. 2:25-cv-1150<br><br>Judge Tena Campbell |

For the reasons stated at a status conference held on January 27, 2026, the court grants

the Respondents until Friday, February 6, 2026, to respond to the following three motions:

1) that portion of the Petitioner's Emergency Motion (ECF No. 14) that relates to the Petitioner's

request for costs; 2) the Petitioner's Motion for Sanctions (ECF No. 19); and 3) the Petitioner's

Motion for U-Visa Certification (ECF No. 20).  The Petitioner will have 10 days from the date of

receiving the government's responses to file any replies.

SO ORDERED this 28th day of January, 2026.

BY THE COURT:

_Tena Campbell_
Tena Campbell
United States District Judge